Richard O. Evanns, Esq. SBN: 277442
Evanns Collection Law Firm
3731 Wilshire Blvd., Suite 514
Los Angeles, CA. 90010
Tel: 213-292-6888
Fax: 213-784-5439
Email: enforcements@rocketmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Home Products International, North America Inc., Delaware Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>Michel Buchbut a/k/a Michel Bohbot, an individual, et al<br><br>Defendants) | CASE NUMBER:<br>2:19-mc-00198<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

(check one)  ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
            ☐ STATE OF _____, COUNTY OF _____

I, Richard O. Evanns, Esq. hereby state under penalty of perjury that,

1. Judgment for $ $136,681.80 was entered on 12/11/2019 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of Home Products International, North America Inc., Delaware Corporation as Judgment Creditor, and against Michel Buchbut, DLDM Investment Limited, Best Plastics, LLC, and Best Plastico, LLC as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. 1:14-cv-05788 in the United States District Court for the Northern District of Illinois and which has become FINAL.

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** Northern **District of** Illinois are the following sums:

   $ 0.00 accrued interest, computed at 0.00 % *(see note)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles State of California, this 12TH day of December 2019

_____
*Signature*
Richard O. Evanns, Esq.

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

CV-24 (6/01)

American LegalNet, Inc.
www.FormsWorkflow.com