*WHEN RECORDED MAIL TO:*

Richard O. Evanns, Esq.; SBN:277442
Evanns Collection Law Firm
3731 Wilshire Blvd., Suite 514
Los Angeles, CA. 90010
Tel: 213-292-6888
Fax: 213-784-5439
Email: enforcements@rocketmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Home Products International-North America, Inc., a Delaware Corporation<br><br>PLAINTIFF(S),<br><br>v.<br><br>Michel Buchbut, an individual, et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:19-mc-00198<br><br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 12/11/2019

in favor of Home Products International-North America, Inc., a Delaware Corporation

whose address is 4501 W. 47th Street, Chicago, IL. 60632

and against Best Plastics, LLC

whose last known address is 1495 N. 8th Street, Suite 100, Colton, CA. 92324

for $136,681.80 Principal, $0.00 Interest, $0.00 Costs, and $0.00 Attorney Fees.

ATTESTED this 13TH day of January, 2020.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☒ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Best Plastics, LLC
24105 South Frampton Avenue
Harbor City, CA. 90710

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)      **ABSTRACT OF JUDGMENT/ORDER**      
American LegalNet, Inc.
www.FormsWorkFlow.com