EVANNS COLLECTION LAW FIRM
Richard O. Evanns SBN 277442
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010
T: (213) 292-6888; F: (213) 784-5439
E: enforcements@rocketmail.com

Attorney for Home Products International-North America

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Home Products International-North America, Inc, a DE Corp, | Case No.  CV 2:19-mc-00198 |
| Plaintiff, | REQUEST AND ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS |
| v. | |
| Michek Buchbut, Best Plastico LLC, et. Al. | [Rule 4(c), Fed. R. Civ. P.; Local Rules 19.2 and 19.3] |
| Defendant(s). | [No Hearing Required] |

Judgment Creditor Home Products International-North America, Inc.,

pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and

Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District

Court for the Central District of California, hereby move and request that Attorney

service/Process service company  Win-Win ALSSI, Inc, , at 3111 Burbank Blcd

#204, Burbank CA 91501, be authorized and specially appointed to serve any Writs

of Attachment and Writs of Execution and other judgment enforcement items

necessary in this action. The U.S. Marshal's Office will remain the Levying

Officer.


Dated:    January 15, 2020                Respectfully Submitted.

Richard O Evanns Esq.
Attorney for Home Products Int'l

REQUEST AND ORDER GRANTING SPECIAL
APPOINTMENT TO SERVE PROCESS