1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    CENTRAL DISTRICT OF CALIFORNIA
9

| Home Products International-North America, Inc, a DE Corp, | Case No. CV 2:19-mc-00198 |
|---|---|
| Plaintiff, | ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS |
| v. | [Rule 4(c), Fed. R. Civ. P.; Local Rules 19.2 and 19.3] |
| Michel Buchbut, Best Plastico LLC, et. Al. | [No Hearing Required] |
| Defendant(s). | |

    Having considered the request of Home Products North America Inc, (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, to designate <u>Win-Win ALSSI, Inc</u>, a registered CA Process serving company, whose address is 3111 Burbank Blvd #204, Burbank CA 91501, as an authorized and specially appointed process server in this action; and

Having considered Creditor's request that the Court authorize ABC to serve any Writs of Attachment and Writs of Execution and other judgment enforcement; and

Having considered Creditor's request that the U.S. Marshall's Office remain the Levying Officer.

---

REQUEST AND ORDER GRANTING APPOINTMENT TO SERVE PROCESS

**HP v Buchbut**      **Page 1**

IT IS HEREBY ORDERED THAT Creditors request is granted. Win-Win ALSSI, Inc. is appointed to serve any Writs of Attachment and Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshall's Office shall remain the Levying Officer.

DATED: _____

JUDGE OF THE FEDERAL COURT