# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Home Products International-North America, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-mc-00198 |
| v. | |
| Michel Buchbut et al | NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |
| DEFENDANT(S) | |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☒ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

January 24, 2020                By  R. Smith
Date                                Deputy Clerk

CV-52C (09/15)    NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

WHEN RECORDED MAIL TO:

Richard O. Evanns, Esq.; SBN:277442
Evanns Collection Law Firm
3731 Wilshire Blvd., Suite 514
Los Angeles, CA. 90010
Tel: 213-292-6888
Fax: 213-784-5439
Email: enforcements@rocketmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Home Products International-North America, Inc., a Delaware Corporation

PLAINTIFF(S),

v.

Michel Buchbut, an individual, et al

DEFENDANT(S).

CASE NUMBER:

CV 2:19-mc-00198

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 12/11/2019 in favor of Home Products International-North America, Inc., a Delaware Corporation whose address is 4501 W. 47th Street, Chicago, IL. 60632
and against Best Plastics, LLC
whose last known address is 1495 N. 8th Street, Suite 100, Colton, CA. 92324
for $136,681.80           Principal,    $ 0.00              Interest,    $ 0.00              Costs,
and $0.00                 Attorney Fees.

ATTESTED this _____24TH_____ day of January_____, 2020.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☒ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Best Plastics, LLC
24105 South Frampton Avenue
Harbor City, CA. 90710

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER


American LegalNet, Inc.
www.FormsWorkFlow.com